JOSEPHINE F. OAKLEY, Respondent, v. HARRIET E. BEERS, as Administratrix, etc., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.; Scott, J., dissented.

HERMAN LIPPE, Respondent, v. RACHEL LIPPE, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK HENDRICK, Appellant, v. J. FREDERICK KERNOCHAN and Others, Justices of the Court of Special Sessions in the City of New York, Respondents.— Order affirmed. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

WILHELMINA MEYER, Otherwise Known as WILHELMINA MAYO, Appellant, v. VIRGINIUS ST. JULIAN MAYO, Respondent.— Order reversed with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

JOSEPH S. MULRONEY, Respondent, v. METAL SHELTER COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements on the ground that the inspection is not called for by any issue raised by the pleadings. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

ABRAHAM FRANKENBERG, Respondent, v. SIMON SPIEGEL and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

MORGAN MUNITIONS SUPPLY COMPANY, INC., Respondent, v. STUDEBAKER CORPORATION OF AMERICA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

FRANCES M. COREY, Appellant, v. PAUL J. FORTIN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that there is no proof that the plaintiff is a non-resident of the State. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

CUATOTOLAPAM SUGAR COMPANY, Respondent, v. GEORGE FUSS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

CORA L. TURNER, Respondent, v. CHARLES W. TURNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

CORA L. TURNER, Respondent, v. CHARLES W. TURNER, Appellant.— Order affirmed and order for examination modified so as to authorize plaintiff to examine defendant as to the existence of the partnership and the right to a dissolution thereof, and as modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.